# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2608 Disciplinary Docket No. 3 |
| | : | |
| JIMMIE MOORE | : | Board File No. C1-17-933 |
| | : | |
| | : | (United States District Court for the |
| | : | Eastern District of Pennsylvania, |
| | : | No. 2:17-cr-00479) |
| | : | |
| | : | Attorney Registration No. 24513 |
| | : | |
| | : | (Philadelphia) |

## ORDER

**PER CURIAM**

**AND NOW**, this 13th day of May, 2019, upon consideration of the Joint Petition for Temporary Suspension, Jimmie Moore is placed on temporary suspension, *see* Pa.R.D.E. 214(d)(5), and he shall comply with all the provisions of Pa.R.D.E. 217. Respondent's right to petition for dissolution or amendment of this Order and to request accelerated disposition of charges underlying this Order pursuant to Pa.R.D.E. 214(f)(2) are specifically preserved.